# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

**LELAND FOSTER,**

     **Plaintiff,**

**v.**                                                                                   Case No. 18-2029

**VON MAUR INC.**

     **Defendant.**

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The parties are hereby directed to file with the court, within **thirty-five (35) days** of the date of this order, a stipulation of dismissal signed by both parties.

2. All time tables and scheduled hearings are VACATED until further order.

3. Any pending motions in this case are rendered MOOT.  If settlement does not occur, the parties can request that the motions be reinstated.

ENTERED this 29th day of March, 2018.

                                                      s/ERIC I. LONG
                                        UNITED STATES MAGISTRATE JUDGE