E-FILED
Wednesday, 25 April, 2018  12:24:27 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LELAND FOSTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:18-cv-2029** |
| | ) | |
| **v.** | ) | **Judge Colin Stirling Bruce** |
| | ) | **Magistrate Judge Eric I. Long** |
| | ) | |
| **Von Maur, Inc., an Illinois Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Leland Foster and Defendant, Von Maur, Inc., by and through their undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate that all claims are dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

BY: */s/ Owen B. Dunn Jr.*
Law Offices of Owen Dunn Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 241-9661 (Telephone)
(419) 241-9737 (Facsimile)
dunnlawoffice@sbcglobal.net

BY: */s/ Richard A. Davidson*
Mikkie R. Schiltz
Richard A. Davidson
220 North Main Street, Ste. 600
Davenport, Iowa 52801
(563) 324-3246 (Telephone)
mschiltz@l-wlaw.com
rdavidson@l-wlaw.com